J. SIDNEY BERNSTEIN, Respondent, v. JAMES A. TILLMAN, Appellant.— Order so far as appealed from modified by eliminating therefrom the provision for giving a surety bond, and substituting the provision that the judgment stand as security,

and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.